UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEITZ FELIZ PENA,

                Plaintiff,

      v.

ANTHONY ORLANDO CASTRO and JB HUNT,

                Defendants.

No. 22-CV-2412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Court's July 5, 2022 order granting an extension of the parties' discovery deadline, the status conference presently scheduled for September 16, 2022 is hereby adjourned to November 22, 2022 at 4:00 p.m.  Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the following dial-in information to call in to the conference: Call-In Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:    September 13, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge